UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YESENIA PACHECO, *et al.*,

        PlaintiffS,

        v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. C15-1175RSL

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

This matter comes before the Court on plaintiffs' motion under Fed. R. Civ. P. 15(a)(2) for leave to amend their complaint. Dkt. # 37. The motion is unopposed, Dkt. # 38, and therefore GRANTED.

DATED this 28th day of March, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER - 1