Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, LUIS LEMUS, and S.L.P., minor child, by and through her Guardian ad Litem Brian Comfort,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. C15-1175 RSL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR NEW TRIAL DATE AND PRETRIAL SCHEDULE<br><br>**Noted On Motion Calendar:**<br>**April 28, 2017** |

## JOINT STIPULATION AND REQUEST

Currently pending is "Plaintiffs' FRCP 42(b) Motion to Bifurcate Trial, Expedite Trial Date on Liability, and Continue Trial Date on Damages." *See* Dkt. No. 45. Defendant United States opposes Plaintiffs' motion, and the date for the United States' response is May 1, 2017. The parties have conferred and have resolved their dispute as to Plaintiffs' motion as follows: Plaintiffs hereby withdraw their pending motion. Plaintiffs also agree not to renew in the future a request to bifurcate trial and/or accelerate the trial date. Defendant United States agrees to support and request with Plaintiffs a trial date in May, 2019 (both liability and damages), which is the date requested by the plaintiffs in their motion for a trial on damages.

STIPULATION AND ~~PROPOSED~~ ORDER FOR NEW TRIAL DATE
AND PRETRIAL SCHEDULE

C15-1175 RSLS- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Accordingly, the parties respectfully request that trial, currently scheduled for April 2, 2018, be continued to May, 2019. *See* Minute Order, Dkt. No. 10. The parties also agree and respectfully request that other pretrial deadlines reflected in the Court's Minute Order, Dkt. No. 10, including, but not limited to, expert disclosures, discovery deadlines, and dispositive motions be continued and adjusted to reflect the new trial date.

DATED this 28th day of April, 2017.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Michael A. Maxwell* <br> MICHAEL A. MAXWELL, WSBA# 21781 <br> MAXWELL GRAHAM <br> 1621 14th Ave. SE, Ste. 123 <br> Bellevue, WA 98004 <br> Phone: 206-527-2000 <br> E-mail: Mike@MaxwellGrahamLaw.com <br><br> /s/ *Steve Ralph Alvarez* <br> STEVE RALPH ALVAREZ, WSBA# 23051 <br> 705 S. 9TH St., Ste. 304 <br> Tacoma, WA 98405-4600 <br> Phone: 253-474-8451 <br> E-mail: Steve@alvarezlaw.com <br><br> Attorneys for Plaintiffs | ANNETTE L. HAYES <br> United States Attorney <br><br> /s/ *Patricia D. Gugin* <br> PATRICIA D. GUGIN, WSBA#43458 <br> United States Attorney's Office <br> 1201 Pacific Ave., Ste. 700 <br> Tacoma, WA 98402 <br> Phone: 253-428-3832 <br> Email: pat.gugin@usdoj.gov <br><br> Attorneys for Defendant |

STIPULATION AND PROPOSED ORDER FOR NEW TRIAL DATE AND PRETRIAL SCHEDULE

C15-1175 RSLS- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. Plaintiffs' pending motion, Dkt No. 45, is hereby withdrawn and stricken. Trial is continued until May 6, 2019. Pretrial deadlines and dates set forth in the Court's Minute Order dated October 5, 2015, Dkt. No. 10, will be continued and adjusted to reflect the new trial date.

DATED this 2nd day of May, 2017.

*[signature]*
_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

| | |
|---|---|
| /s/ Michael A. Maxwell | ANNETTE L. HAYES |
| MICHAEL A. MAXWELL, WSBA# 21781 | United States Attorney |
| MAXWELL GRAHAM | /s/ Patricia D. Gugin |
| 1621 14th Ave. SE, Ste. 123 | PATRICIA D. GUGIN, WSBA # 43458 |
| Bellevue, WA 98004 | Assistant United States Attorney |
| Phone: 206-527-2000 | United States Attorney's Office |
| E-mail: Mike@MaxwellGrahamLaw.com | 1201 Pacific Avenue, Suite 700 |
| | Tacoma, Washington 98402 |
| /s/ Steve Ralph Alvarez | Phone: 253-428-3832 |
| STEVE RALPH ALVAREZ, WSBA# 23051 | E-mail: pat.gugin@usdoj.gov |
| 705 S. 9TH St., Ste. 304 | Attorneys for Defendant |
| Tacoma, WA 98405-4600 | |
| Phone: 253-474-8451 | |
| E-mail: Steve@alvarezlaw.com | |

Attorneys for Plaintiff

STIPULATION AND ~~PROPOSED~~ ORDER FOR NEW TRIAL DATE AND PRETRIAL SCHEDULE

C15-1175 RSLS- 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800