UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, LUIS LEMUS, and S.L.P., minor child, by and through her Guardian ad Litem Brian Comfort,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. C15-1175 RSL<br><br>STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DEADLINES |

COME NOW the parties, and respectfully agree and request that the Court extend the deadline for certain pretrial deadlines, in particular, but not solely, the deadline for expert disclosures and the discovery deadline. Currently, pursuant to the Amended Order Setting Trial Dates and Related Dates, this matter is set for trial on June 3, 2019. Disclosure of expert testimony under FRCP 26(a) (2) is due by January 6, 2019, and discovery must be completed by February 21, 2019. Other dates are set forth therein. *See* Docket Order No. 55.

The parties request a 21 day extension of all dates, with the exception of the trial date. The parties will confer further and will consult with the Court should the parties or a party determine that an extension of the trial date is necessary. Accordingly, the deadline for disclosure of expert testimony would be January 28, 2019, and discovery would be

STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINE
C15-1175 RSL-1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

completed by March 14, 2019.  These extensions are necessitated by the lapse in funding for the Department of Justice ("DOJ") and certain other Executive departments and agencies.  During the lapse in funding DOJ attorneys are prohibited from working except under certain circumstances which are not met here.  The parties cannot predict when the lapse in funding will end, but are only requesting this relatively brief extension at this point.

Accordingly, the parties agree and respectfully request that the Court order this extension of the expert disclosure deadline, discovery deadline and other pretrial deadlines.

DATED this 28th day of December, 2018.

Respectfully submitted,

By:
*s/ Steve Ralph Alvarez*
Steve Ralph Alvarez, WSBA # 23051
705 S. 9th St., Ste. 304
Tacoma, WA 98405-4600
Steve@alvarezlaw.com

*s/ Michael A. Maxwell*
Michael A. Maxwell, WSBA # 21781
MAXWELL GRAHAM
1621 114th Ave. SE, Ste. 123
Bellevue, WA 98004
Mike@MaxwellGrahamLaw.com

Attorney for Plaintiffs

By:
ANNETTE L. HAYES
United States Attorney

*s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3800
Fax:     253-428-3826
E-mail:  pat.gugin@usdoj.gov

Attorney for Defendant

STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINE
C15-1175 RSL-2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the deadline for the disclosure of expert witnesses is extended from January 6, 2019 through January 28, 2019 (rebuttal reports due 30 days thereafter) and discovery also is extended from February 21, 2019 through March 14, 2019. All other dates in the current scheduling order are extended by 21 days, with the exception of the trial date.

Dated this 4th day of January, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINE
C15-1175 RSL-3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800