The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, et al.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No. C15-1175-RSL<br><br>[PROPOSED] ORDER |

Defendant has filed an Unopposed Motion for a Stay of the Entire Case in Light of Lapse of Appropriations, in which the Defendant seeks a stay of all deadlines, including the trial deadline, commensurate with the duration of the lapse in appropriations for the United States Department of Justice.

//

//

[PROPOSED] ORDER - 1
(C15-1175-RSL)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  The Court, having reviewed the pleadings and materials in this case, it is hereby
2  ORDERED that:
3  Defendant's Motion for a Stay of the Entire Case in Light of Lapse of Appropriations is
4  GRANTED. All pending deadlines, including the trial deadline, for the above-captioned case
5  are hereby STAYED and all deadlines are hereby EXTENDED commensurate with the
6  duration of the lapse in appropriations. The Government is responsible for notifying the Court
7  once appropriations have been received.

DATED this 24th day of January, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

/s/ Patricia D. Gugin
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone No. (253) 428-3800
Fax No. (253) 428-3805
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendant*

[PROPOSED] ORDER - 2
(C15-1175-RSL)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800