# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C15-1175RSL <br><br> ORDER LIFTING STAY |

This matter comes before the Court on the federal government's notice of appropriations. The stay in the above-captioned case is hereby lifted. An amended case management order extending deadlines commensurate with the duration of the lapse in appropriations will be issued.

Dated this 31st day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER LIFTING STAY - 1