UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

YESENIA PACHECO, LUIS LEMUS, and
S.L.P., minor child, by and through her
Guardian ad Litem, Brian Comfort,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

No. 2:15-CV-01175

ORDER ALLOWING PARTIAL
RELIEF FROM DISCOVERY AND
DISCLOSURE DEADLINES

This matter comes before the Court on Plaintiffs' Motion for Partial Relief from Deadlines. The motion is unopposed and, therefore, GRANTED. The case management deadlines are hereby amended to allow to parties to depose Philip Smith, Juana Esbobar, Deborah Hill PhD and to preserve the video trial testimony of Lee Klombers, MD. Mr. Smith may testify at trial if either party wishes to call him as a witness.

Dated this 29th day of May, 2019.

*MM S Lasnik*

HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

ORDER ALLOWING PARTIAL RELIEF
FROM DISCOVERY AND DISCLOSURE
DEADLINES - 1