The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, LUIS LEMUS, and S.L.P., minor child, by and through her Guardian ad Litem Brian Comfort,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  C15-1175 RSL<br><br>ORDER GRANTING MOTION TO COMPEL DISCOVERY |

The Court has reviewed the pleadings and record in this case and is otherwise fully advised. It is hereby ORDERED that Defendant's Motion to Compel Discovery is GRANTED. Plaintiffs shall execute consents allowing defendant's expert neuropsychologist, Dr. Tye Hunter, to send three standardized questionnaires to five of S.L.P.'s current teachers. The Court will separately enter a protective order authorizing Dr. Hunter to share the completed questionnaires with plaintiffs' counsel.

Dated this 22nd day of May, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

ORDER GRANTING MOTION TO COMPEL
PAGE- 1