UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YESENIA PACHECO, *et al.*,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C15-1175RSL

ORDER

    This matter comes before the Court on "Plaintiffs' Motion to Deny or Strike Defendant's Request for a Medical Reversionary Trust." Dkt. # 174. Defendant has not, however, requested that the Court impose a medical reversionary trust, making plaintiff's motion premature. In addition, the Court is not inclined to resolve issues related to the appropriateness of various remedial options before hearing testimony and considering the evidence at trial. While the Court undoubtedly has the discretion to impose a medical reversionary trust, whether one would be appropriate in this case will depend on S.L.P.'s circumstances and an evaluation of what is in her best interests. Plaintiff's motion is therefore DENIED.

    DATED this 4th day of August, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1