Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, LUIS LEMUS, and S.L.P., minor child, by and through her Guardian ad Litem Brian Comfort,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | NO. C15-1175 RSL<br><br>STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DEADLINES |

      COME NOW the parties, and respectfully agree and request that the Court extend the deadline for certain pretrial deadlines, in particular, the deadline for filing the proposed pretrial order and deposition designations, which is currently set for August 31, 2020.

      The parties request a one-day extension of this deadline as the parties continue to work collaboratively towards completing the proposed pretrial order and deposition designations. Accordingly, the deadline for filing of the proposed pretrial order and deposition designations would be September 1, 2020.

      DATED this 31st day of August, 2020.

STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINE
C15-1175 RSL-1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Respectfully submitted,

| | |
|---|---|
| By:<br>*s/ Steve Ralph Alvarez*<br>Steve Ralph Alvarez, WSBA # 23051<br>705 S. 9th St., Ste. 304<br>Tacoma, WA 98405-4600<br>Steve@alvarezlaw.com<br><br>*s/ Michael A. Maxwell*<br>Michael A. Maxwell, WSBA # 21781<br>MAXWELL GRAHAM<br>1621 114th Ave. SE, Ste. 123<br>Bellevue, WA 98004<br>Mike@MaxwellGrahamLaw.com<br><br>Attorneys for Plaintiffs | By:<br>BRIAN T. MORAN<br>United States Attorney<br><br>*/s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY Bar #5195664<br>MATT WALDROP, Ga # 349571<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: kristen.vogel@usdoj.gov<br>Email: james.waldrop@usdoj.gov<br><br>Attorneys for Defendant |

STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINE
C15-1175 RSL-2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the deadline for filing the proposed pretrial order and deposition designations is extended from August 31, 2020 through September 1, 2020.

Dated this 1st day of September, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Steve Ralph Alvarez*
Steve Ralph Alvarez, WSBA #
705 S. 9th St., Ste. 304
Tacoma, WA 98405-4600
Steve@alvarezlaw.com

*s/ Michael A. Maxwell*
Michael A. Maxwell, WSBA # 21781
MAXWELL GRAHAM
1621 114th Ave. SE, Ste. 123
Bellevue, WA 98004
Mike@MaxwellGrahamLaw.com
Attorney for Plaintiffs

BRIAN T. MORAN
United States Attorney

*/s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY Bar #5195664
MATT WALDROP, Ga # 349571
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271

STIPULATION AND ORDER EXTENDING  PRETRIAL DEADLINE
C15-1175 RSL-3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | Phone:  206-553-7970
2 | Fax:  206-553-4067
  | Email:  kristen.vogel@usdoj.gov
3 | Email:  james.waldrop@usdoj.gov
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER EXTENDING  PRETRIAL DEADLINE
C15-1175 RSL-4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800