# EXHIBIT A

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, LUIS LEMUS, and S.L.P., minor child, by and through her Guardian ad Litem Brian Comfort,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C15-1175 RSL<br><br>DECLARATION OF ANNEMARIE H. McANALLY |

In accordance with the provisions of Title 28, United States Code, Section 1746, I, Annemarie H. McAnally, do hereby make the following declaration, under penalty of perjury, pertinent to the above-styled and numbered cause of action.

I have been a principal of Huver & Associates, Inc. since 1996. Huver & Associates, Inc. was a pioneer in the development of the Capital Needs Analysis in 1980 and has actively participated in the evaluation and preparation of over four hundred (400) complex, catastrophic cases since that time. I am currently licensed in the state of Washington as a life agent and am appointed with six A+ rated life insurance companies as a broker/producer.

DECLARATION OF ANNEMARIE H McANALLY
C15-1175-RSL -1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT A - PAGE 001

Since 1996, I have personally participated in the evaluation and design of over one hundred fifty (150) catastrophic malpractice cases, developing analysis and recommendations for funding of various life care plans to both parties. I have a bachelor's from Villanova University, am a certified structured settlement consultant and have completed the necessary studies for the Certified Financial Planner (CFP) designation from the CFP Board in Denver, CO. I have received and reviewed the Life Care Plan for SLP, dated February 4, 2019, prepared by Rebecca Bellerive, RN, CDMS, CCM, CLCP. I have been asked to evaluate the cost of Option 3 of this life care plan utilizing a Reversionary Inter Vivos Medical Trust.

**Cost of Care**

To begin this analysis, the life care plan (LCP) is reviewed thoroughly and the medical care needs are extracted onto a one-page summary spreadsheet called the Cost of Care. The cost of care illustrates the costs of the medical services in today's dollars and is broken down by unit cost, frequency and duration.  The unit costs were averaged where presented as ranges in the LCP. The columns represent the annual costs on a year-by-year basis; even if the column header shows multiple years grouped together. As an example, the visit to the neurologist at a cost average of $300 per visit for two times per year are in each of the columns ages 8, 9, 10, 11 and 12, yet they are grouped together since they continue to occur at the same frequency. The grand total annual expenses are listed at the bottom of the cost of care and represent the annual costs on a year by year basis multiplied by the number of years in the column.

Since the cost of care is based on today's dollars cost of services, it is necessary to project these costs in the future, with proper inflators by category of service, to estimate the future costs

DECLARATION OF ANNEMARIE H McANALLY
C15-1175-RSL -2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT A - PAGE 002

over the life expectancy of SLP. These future expenses are detailed in the corresponding spreadsheet called the Capital Needs Analysis.

**Capital Needs Analysis**

The Capital Needs Analysis is broken down into two parts; a left side analysis and a right side analysis. One the left, (Use of Funds) the report shows two categories of expenses, each inflating at different rates according to historical governmental statistics (CPI, Medical component as detailed by the U.S Bureau of Labor & Statistics).  The two categories in this LCP are medical care and support care.  The columns under each category represent the annual cost of care (from the life care plan) by subtotal and then in grand total, increasing each year at their respective medical inflators.  The right side of the spreadsheet (Source of Funds) shows the amount of money needed to meet the medical care needs projected in the LCP on a year by year basis.  The Trust Corpus column shows the initial up-front cash required to seed (open or deposit into) the trust.  This column also displays the projected level of available funds in the trust year by year assuming 100% utilization of the items projected in the LCP.  The Lifetime Annuity Feed column shows the calculated annuity payment required paying into the trust fund annually, for the life of the SLP, and the Interest Income column shows the assumed yield on the deposited funds, and the total income generated by that yield each year.

The total cost to fund the LCP (dated February 4, 2019, authored by Rebecca Bellerive, RN, Option 3) through a Reversionary Medical Trust, owned by the United States of America for the sole benefit of SLP is $2,418,092.00.  This total cost represents a seed (cash deposit) of $1,000,000.00 to fund the trust, and the annuity premium to feed the trust in the amount of $1,418,092.00.

DECLARATION OF ANNEMARIE H McANALLY
C15-1175-RSL -3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT A - PAGE 003

This split funding approach, using a combination of a lifetime tax-free annuity to feed the trust on a periodic basis (monthly), plus a substantial cash deposit provides stability, longevity, and liquidity for unseen medical expenses along with professional money management to the beneficiary (SLP) for her future medical needs.  Moreover, the annuity provides additional benefits not found in other trusts which include:

- Tax-free source of income and replenishment to the trust which can be accrued if not needed in any given year.

- A transfer of mortality and life expectancy risk since the annuity will continue to pay into the trust for as long as SLP shall live regardless of today's projections.

- Providing the trust with a steady stream of income which allows the Trustee (Bank) the opportunity to properly plan for investment purposes.

This analysis is also supported with the recommendation to appoint one of two dozen Trustee Banks across the nation who already have specific experience managing these Medical Trusts as well as a professional third party claims administrator; both with experience of over forty (40) years managing Reversionary Inter Vivos Medical Trusts on behalf of over seven hundred (700) individual beneficiaries and their families around the United States of America with circumstances similar to SLP.

DECLARATION OF ANNEMARIE H McANALLY
C15-1175-RSL -4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

4  EXECUTED this 9th day of September, 2020.

6  s/Annemarie H. McAnally

7  ANNEMARIE H. MCANALLY

DECLARATION OF ANNEMARIE H McANALLY
C15-1175-RSL -5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT A - PAGE 005

**Huver & Associates, Inc.**
**Estimated Cost of Care**
*(Present Dollars)*

Date: 9/1/2020
Name: Sandra Lemus-Pacheco
DoB: 8/2/2012

Source: Rebecca Bellerive, RN (Option 3)

| | | First Year (Age: 8) | | Next 2 Years (Age: 9-10) | | Next 2 Years (Age: 11-12) | | Next 9 Years (Age: 13-21) | | Thereafter (Age: 22+) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Freq. | Cost | Freq. | Cost | Freq. | Cost | Freq. | Cost | Freq. | Cost |
| **Medical** | | | | | | | | | | | |
| Neurologist | $300 | 2 | $600 | 2 | $600 | 2 | $600 | 2 | $600 | 2 | $600 |
| Dental Anesthesia | $152 | 1 | $152 | 1 | $152 | 1 | $152 | 1 | $152 | 0 | $0 |
| Neuro-Ophthalmology Evaluation | $468 | 1 | $468 | 1 | $468 | 0 | $0 | 0 | $0 | 0 | $0 |
| Occupational Therapy Evaluation | $300 | 1 | $300 | 1 | $300 | 1 | $300 | 0 | $0 | 0 | $0 |
| Speech Therapy Evaluation | $750 | 2 | $1,500 | 1 | $750 | 1 | $750 | 0 | $0 | 0 | $0 |
| Neuropsychological Evaluation | $3,750 | 1 | $3,750 | 1 | $3,750 | 0.5 | $1,875 | 0 | $0 | 0 | $0 |
| **Therapies** | | | | | | | | | | | |
| Occupational Therapy | $275 | 192 | $52,800 | 48 | $13,200 | 48 | $13,200 | 0 | $0 | 0 | $0 |
| Speech/Cognitive Therapy | $275 | 96 | $26,400 | 6 | $1,650 | 12 | $3,300 | 0 | $0 | 0 | $0 |
| **Diagnostic Testing** | | | | | | | | | | | |
| EEG | $1,735 | 1 | $1,735 | 0.5 | $868 | 1 | $1,735 | 0.44 | $771 | 0 | $0 |
| EEG Asleep & Awake | $5,162 | 0 | $0 | 0 | $0 | 0 | $0 | 0.22 | $1,147 | 0 | $0 |
| Anticonvulsant Blood Level Work | $384 | 2 | $768 | 2 | $768 | 1 | $384 | 1 | $384 | 1 | $384 |
| Blood Work (full panel) | $136 | 2 | $272 | 2 | $272 | 1 | $136 | 1 | $136 | 1 | $136 |
| MRI | $4,496 | 1 | $4,496 | 0.5 | $2,248 | 0 | $0 | | $0 | 0 | $0 |
| **Medications** | | | | | | | | | | | |
| Keprra | $355 | 12 | $4,260 | 12 | $4,260 | 0 | $0 | 0 | $0 | 0 | $0 |
| Oxcarbazepine 300mg | $300 | 12 | $3,600 | 12 | $3,600 | 12 | $3,600 | 0 | $0 | 0 | $0 |
| Oxcarbazepine 600mg | $203 | 0 | $0 | 0 | $0 | 0 | $0 | 12 | $2,436 | 12 | $2,436 |
| **Sub-Total:** | | | $101,101 | | $32,886 | | $26,032 | | $5,626 | | $3,556 |
| **Support Care** | | | | | | | | | | | |
| Adult Family Home Living | $5,750 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 | 12 | $69,000 |
| **Sub-Total:** | | | $0 | | $0 | | $0 | | $0 | | $69,000 |
| **Grand Total:** | | | $101,101 | | $32,886 | | $26,032 | | $5,626 | | $72,556 |

HUVER & ASSOCIATES, INC.
CAPITAL NEEDS ANALYSIS
FBO: Sandra Lemus-Pacheco
9/1/2020

Cost: **$2,418,092**

| | USE OF FUNDS | | | SOURCE OF FUNDS | | |
|---|---|---|---|---|---|---|
| END OF YEAR | MEDICAL EXPENSES INC @ 3.50% | SUPPORT CARE EXPENSES INC @ 3.00% | TOTAL EXPENSES | ANNUITY FEED $1,400 / MO INC @ 3% | 6.25% INTEREST INCOME* | YEAR-END TRUST CORPUS $1,000,000 INITIAL SEED |
| 1 | $101,101 | $0 | $101,101 | $16,800 | $59,866 | $975,565 |
| 2 | $34,036 | $0 | $34,036 | $17,304 | $60,450 | $1,019,282 |
| 3 | $35,228 | $0 | $35,228 | $17,823 | $63,161 | $1,065,039 |
| 4 | $28,862 | $0 | $28,862 | $18,358 | $66,237 | $1,120,771 |
| 5 | $29,872 | $0 | $29,872 | $18,909 | $69,706 | $1,179,513 |
| 6 | $6,682 | $0 | $6,682 | $19,476 | $74,119 | $1,266,426 |
| 7 | $6,916 | $0 | $6,916 | $20,060 | $79,562 | $1,359,132 |
| 8 | $7,158 | $0 | $7,158 | $20,662 | $85,368 | $1,458,004 |
| 9 | $7,409 | $0 | $7,409 | $21,282 | $91,559 | $1,563,435 |
| 10 | $7,668 | $0 | $7,668 | $21,920 | $98,160 | $1,675,848 |
| 11 | $7,936 | $0 | $7,936 | $22,578 | $105,198 | $1,795,687 |
| 12 | $8,214 | $0 | $8,214 | $23,255 | $112,700 | $1,923,429 |
| 13 | $8,502 | $0 | $8,502 | $23,953 | $120,697 | $2,059,577 |
| 14 | $8,799 | $0 | $8,799 | $24,671 | $129,220 | $2,204,669 |
| 15 | $5,756 | $104,369 | $110,125 | $25,412 | $135,145 | $2,255,100 |
| 16 | $5,958 | $107,500 | $113,457 | $26,174 | $138,216 | $2,306,033 |
| 17 | $6,166 | $110,725 | $116,891 | $26,959 | $141,317 | $2,357,418 |
| 18 | $6,382 | $114,046 | $120,428 | $27,768 | $144,443 | $2,409,200 |
| 19 | $6,605 | $117,468 | $124,073 | $28,601 | $147,591 | $2,461,319 |
| 20 | $6,836 | $120,992 | $127,828 | $29,459 | $150,758 | $2,513,708 |
| 21 | $7,076 | $124,622 | $131,697 | $30,343 | $153,939 | $2,566,293 |
| 22 | $7,323 | $128,360 | $135,684 | $31,253 | $157,130 | $2,618,992 |
| 23 | $7,580 | $132,211 | $139,791 | $32,191 | $160,325 | $2,671,716 |
| 24 | $7,845 | $136,177 | $144,022 | $33,156 | $163,518 | $2,724,368 |
| 25 | $8,120 | $140,263 | $148,382 | $34,151 | $166,703 | $2,776,840 |
| 26 | $8,404 | $144,471 | $152,874 | $35,175 | $169,874 | $2,829,015 |
| 27 | $8,698 | $148,805 | $157,503 | $36,231 | $173,024 | $2,880,767 |
| 28 | $9,002 | $153,269 | $162,271 | $37,318 | $176,143 | $2,931,957 |
| 29 | $9,317 | $157,867 | $167,184 | $38,437 | $179,224 | $2,982,434 |
| 30 | $9,643 | $162,603 | $172,246 | $39,590 | $182,257 | $3,032,034 |
| 31 | $9,981 | $167,481 | $177,462 | $40,778 | $185,231 | $3,080,581 |
| 32 | $10,330 | $172,506 | $182,836 | $42,001 | $188,135 | $3,127,881 |
| 33 | $10,692 | $177,681 | $188,373 | $43,261 | $190,958 | $3,173,728 |
| 34 | $11,066 | $183,011 | $194,077 | $44,559 | $193,686 | $3,217,896 |
| 35 | $11,453 | $188,501 | $199,955 | $45,896 | $196,304 | $3,260,141 |
| 36 | $11,854 | $194,157 | $206,011 | $47,273 | $198,798 | $3,300,201 |
| 37 | $12,269 | $199,981 | $212,250 | $48,691 | $201,151 | $3,337,794 |
| 38 | $12,699 | $205,981 | $218,679 | $50,152 | $203,346 | $3,372,612 |
| 39 | $13,143 | $212,160 | $225,303 | $51,656 | $205,362 | $3,404,327 |
| 40 | $13,603 | $218,525 | $232,128 | $53,206 | $207,179 | $3,432,584 |
| 41 | $14,079 | $225,081 | $239,160 | $54,802 | $208,775 | $3,457,002 |
| 42 | $14,572 | $231,833 | $246,405 | $56,446 | $210,126 | $3,477,170 |
| 43 | $15,082 | $238,788 | $253,870 | $58,140 | $211,207 | $3,492,646 |
| 44 | $15,610 | $245,952 | $261,561 | $59,884 | $211,988 | $3,502,956 |
| 45 | $16,156 | $253,330 | $269,486 | $61,680 | $212,441 | $3,507,591 |
| 46 | $16,722 | $260,930 | $277,652 | $63,531 | $212,533 | $3,506,004 |
| 47 | $17,307 | $268,758 | $286,065 | $65,437 | $212,231 | $3,497,606 |
| 48 | $17,913 | $276,821 | $294,733 | $67,400 | $211,496 | $3,481,769 |
| 49 | $18,540 | $285,125 | $303,665 | $69,422 | $210,290 | $3,457,816 |
| 50 | $19,188 | $293,679 | $312,868 | $71,504 | $208,571 | $3,425,024 |
| 51 | $19,860 | $302,490 | $322,350 | $73,650 | $206,292 | $3,382,616 |
| 52 | $20,555 | $311,564 | $332,119 | $75,859 | $203,405 | $3,329,762 |
| 53 | $21,275 | $320,911 | $342,186 | $78,135 | $199,859 | $3,265,569 |
| 54 | $22,019 | $330,538 | $352,558 | $80,479 | $195,596 | $3,189,086 |
| 55 | $22,790 | $340,455 | $363,244 | $82,893 | $190,557 | $3,099,292 |
| 56 | $23,587 | $350,668 | $374,256 | $85,380 | $184,678 | $2,995,095 |
| 57 | $24,413 | $361,188 | $385,601 | $87,941 | $177,892 | $2,875,327 |
| 58 | $25,267 | $372,024 | $397,291 | $90,580 | $170,123 | $2,738,738 |
| 59 | $26,152 | $383,185 | $409,336 | $93,297 | $161,295 | $2,583,994 |
| 60 | $27,067 | $394,680 | $421,747 | $96,096 | $151,323 | $2,409,665 |
| 61 | $28,014 | $406,521 | $434,535 | $98,979 | $140,118 | $2,214,227 |
| 62 | $28,995 | $418,716 | $447,711 | $101,948 | $127,584 | $1,996,048 |
| 63 | $30,010 | $431,278 | $461,288 | $105,007 | $113,619 | $1,753,387 |
| 64 | $31,060 | $444,216 | $475,276 | $108,157 | $98,114 | $1,484,382 |
| 65 | $32,147 | $457,543 | $489,690 | $111,402 | $80,952 | $1,187,046 |
| 66 | $33,272 | $471,269 | $504,541 | $114,744 | $62,009 | $859,257 |
| 67 | $34,437 | $485,407 | $519,844 | $118,186 | $41,152 | $498,751 |
| 68 | $35,642 | $499,969 | $535,611 | $121,732 | $18,238 | $103,110 |

* The above interest for each year is calculated on the Corpus at the end of the previous year plus any Feed minus the total Expenses and Fees.