Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, LUIS LEMUS, and S.L.P., minor child, by and through her Guardian ad Litem Brian Comfort,<br><br>Plaintiffs,<br>v<br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. C15-1175 RSL<br><br>DECLARATION OF REBECCA S. BELLERIVE |

I, Rebecca S. Bellerive, hereby declare as follows:

1. I am a licensed nurse and certified life care planner.

2. I have been retained on behalf of the United States to offer expert testimony and prepare a life care plan setting out future medical care needs for SLP.

3. All my opinions offered in writing and during my testimony at trial were made on a more probable than not basis, and where applicable, to a reasonable degree of medical certainty.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF REBECCA BELLERIVE
C15-1175 RSL 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Dated this 22ND day of September, 2020.

_____
REBECCA S. BELLERIVE

DECLARATION OF REBECCA BELLERIVE
C15-1175 RSL 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800