UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C15-1175RSL<br><br>FINDINGS OF FACT REGARDING DAMAGES |

The Court, having decided that defendant was liable to plaintiffs following a bench trial in January 2020, conducted a damages trial in this matter from September 14, 2020, to September 22, 2020. Having heard and reviewed the evidence presented by the parties, the Court finds as follows:

1. Plaintiffs' past special damages are $42,294.81, equaling the value of Medicaid's two liens.

2. After careful consideration of the various expert opinions provided by both plaintiffs and defendant, and adding in expenses related to the vision care recommended by Dr. Theodore Kadet, the net present value of SLP's future special damages for extraordinary medical, educational, and similar expenses attributable to her conditions is $7.5 million.

3. Yesenia Pacheco and Luis Lemus are entitled to an award of general damages to "compensate for mental anguish and emotional stress suffered by the parents during [S.L.P's] life as a proximate result of [defendant's] negligence. Any emotional benefits to

FINDINGS OF FACT REGARDING DAMAGES - 1

the parents resulting from the birth of the child should be considered in setting the damages." *Harbeson v. Parke-Davis, Inc.*, 98 Wh.2d 460, 477 (1983). Guided by these principles, Yesenia Pacheco's general damages are $1.5 million. Luis Lemus' general damages are $1 million.

    4. Defendant has requested that the Court impose a medical reversionary trust over the $7.5 million awarded SLP for her future special damages, citing RCW 4.56.260 as authority for the request. Each party shall, on or before November 18, 2020, submit a proposal for periodic payment of the future economic damage award. The proposals shall include provisions for (1) the name of the recipient or recipients of the payments; (2) the dollar amount of the payments; (3) the interval between payments; (4) the number of payments or the period of time over which the payments shall be made; (5) procedures for modification for hardship or unforeseen circumstances; (6) posting of adequate security; (7) any special terms and conditions requested; and (8) whether those special terms and conditions differ from or are consistent with state law.

Dated this 10th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

FINDINGS OF FACT REGARDING DAMAGES - 2