UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESENIA PACHECO, LUIS LEMUS, and S.L.P., minor child, by and through her Guardian ad Litem Brian Comfort,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | NO. C15-1175 RSL<br><br>ORDER FOR DISBURSEMENT OF REGISTRY FUNDS |

Upon receipt of the $10,042,294.81 defendant has been ordered to deposit in the Registry of the Court, the Clerk of Court is authorized and directed to draw checks on the funds deposited in the Registry as follows:

a. In the principal amount of $4,542,294.81 plus all accrued interest, minus any statutory users fees, payable to Maxwell Graham, PS in trust for Yesenia Pacheco and Luis Lemus and mail or deliver the check to Maxwell Graham, PS.

b. In the principal amount of $5,500,000 plus all accrued interest, minus any statutory users fees, payable to the Clerk of the Court for Pierce County, Washington, under Cause Number 13-2-13239-2.4 and mail or deliver the check to the Clerk of Court for Pierce County, Washington.

Dated this 19th day of February, 2021.

Robert S. Lasnik
United States District Judge

ORDER FOR DISBURSEMENT OF REGISTRY FUNDS -1