United States District Court
WESTERN DISTRICT OF WASHINGTON

YESENIA PACHECO, *et al.*,

v.

UNITED STATES OF AMERICA.

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: C15-1175RSL

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came before the Court for a bench trial. The issues have been tried and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of plaintiffs and against defendant in the total amount of $10,042,294.81, which is allocated as follows:

$1,542,294.81 to Yesenia Pacheco (less fees and proportionate costs),
$1,000,000.00 to Luis Lemus (less fees and proportionate costs),
$2,000,000.00 to Maxwell Graham (as fees and costs for the minor, SLP),
$5,500,000 allocated to the minor SLP. Disposition of funds and establishment of a special needs trust is subject to state court approval.
The Defendant is directed to pay $10,042,294.81 to the Clerk of the Court. Upon receipt of funds, the Clerk of the Court is directed to disburse $4,542,294.81 to Maxwell Graham, PS in trust for Yesenia Pacheco and Luis Lemus and $5,500,000 to the Clerk of the Court for Pierce County, Washington under Cause Number 13-2-13239-2.4.

February 19, 2021

William M. McCool
Clerk

/s/Laura Hobbs
By, Deputy Clerk